# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Franca Armstrong, et al., | No. CV-24-02812-PHX-SHD |
| Plaintiffs, | **ORDER** |
| v. | |
| Bestway (USA) Incorporated, | |
| Defendant. | |

Pending before the Court is Plaintiffs Franca Amstrong, Mandy Islam, and Danielle Harper's unopposed Motion for Preliminary Approval of Class Action Settlement. (Doc. 35.) On July 10, 2025, the Court heard argument on Plaintiffs' Motion, took the Motion under advisement, and requested further briefing from the parties. (Doc. 36.) For the reasons stated on the record, the Court directs the parties to submit the following supplemental briefing addressing several issues raised by the Motion.

Accordingly,

**IT IS ORDERED** that Plaintiffs shall file supplemental briefing and supporting documentation on whether preliminary class certification is appropriate. Specifically, Plaintiffs shall provide:

1. Information regarding the nine pump models at issue, including (1) the total number of each allegedly defective model sold, and (2) the price range of each model;
2. Information regarding which class representatives participated in the recall, including whether they chose the replacement spa pump option or the gift

      card/credit option;

3. Briefing on whether, although the class representatives all purchased the same model (P05332), they satisfy Rule 23's requirements, together with citations to relevant Ninth Circuit precedent;

4. Briefing on whether additional subclasses are needed in this case, beyond the categories of class members listed in the parties' settlement agreement, (*see* Doc. 35-2 at 12–13), including based on the differences in prices of the allegedly defective models; and

5. Briefing on whether the value of the class settlement's benefit reflects the value to the consumer.

This supplemental brief shall be limited to ten (10) pages, not inclusive of any attached supporting documentation.  Plaintiffs shall file their brief by no later than **Friday, August 15, 2025**.

      **IT IS FURTHER ORDERED** that Bestway shall file supplemental briefing and supporting documentation regarding whether preliminary approval of the settlement agreement is appropriate.  Specifically, Bestway shall provide:

1. Information regarding the number of the 860,000 potential class members for which Bestway has contact information; and

2. Information regarding how many recall participants chose the replacement spa pump option and how many recall participants chose the gift card/credit option.

This supplemental brief shall be limited to ten (10) pages, not inclusive of any attached supporting documentation.  Bestway shall file its brief by no later than **Friday, August 15, 2025**.  Alternatively, the parties may jointly file supplemental briefing and supporting documentation.  The parties may file supporting documentation containing private and/or confidential information under seal, pursuant to the Protective Order issued on July 16, 2025. (*See* Doc. 37.)

      Dated this 18th day of July, 2025.

Honorable Sharad H. Desai
United States District Judge